UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK JOSEPH WILLIAMS<br>        LA.  DOC #283412 | CIVIL ACTION NO. 5:15-cv-2519 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| WARDEN VICTOR JONES | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record;

**IT IS ORDERED** that this petition for *habeas corpus*, to the extent that it may be construed as a second and successive petition, be **DISMISSED** for want of jurisdiction;

**IT IS FURTHER ORDERED** that this pleading, to the extent that it may be construed as a Motion for New Trial pursuant to FRCP Rule 59, be **DENIED** as untimely and without merit; and, that to the extent that it may be construed as a Motion for Relief from Judgment pursuant to FRCP Rule 60(b) be **DENIED** for the reason that it is manifestly without merit.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of May, 2016.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE